# The inhabitants of Pownal *petitioners for a writ of certiorari.*

On an application to the County Commissioners to lay out a town road, in the na-
ture of an appeal, founded on the unreasonable refusal of the selectmen, the un-
reasonableness of their refusal should be adjudged by the Commissioners, and
entered of record, as the foundation of their jurisdiction, or it will be error.

This was an application for a writ of  *certiorari,* to bring  up the
record of the location of a road in *Pownal,* which had been laid out
by the County Commissioners, on the refusal of the selectmen.
Several errors were shown in  the  record ;  the  principal of  which
was, that it did not appear that the refusal of the selectmen was ad-
judged unreasonable.

*Greenleaf* and *R. Belcher,* for the petitioners, argued that the
unreasonableness of such refusal was the sole foundation of the juris-
diction of the Commissioners ;  and that, being an inferior tribunal,
the record should show that the subject was acted upon by them, and
the unreasonableness established and proved.    They can only af-
firm or reverse the  decision of the selectmen.    *Commonwealth v.
Coombs,* 2 *Mass.* 489 ; *Commonwealth v. Great Barrington,* 6
*Mass.* 492.

And THE COURT was of this opinion, and granted the writ ; and the record being brought up at a subsequent term, was for this cause quashed, without further argument.

*Longfellow,* for the respondents.